UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Monique Robinson,

    Plaintiff,

        v.                           Case No.   1:15cv082

Dr. Jason Rueggebert, *et al.*,         Judge Michael R. Barrett

    Defendants.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on August 6, 2015 (Doc. 19).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 19) of the Magistrate Judge is hereby **ADOPTED.** Defendant Dr. Jason Reuggeberg's Motion to Dismiss (Doc. 11) is **GRANTED**; Claims against Dr. Jason Rueggeberg are **DISMISSED with PREJUDICE**; consistent with the recommendation by the Magistrate Judge, only the claims against Kenwood Family Chiropractic shall proceed.

    **IT IS SO ORDERED.**

                                            *s/Michael R. Barrett*
                                            Michael R. Barrett
                                            United States District Judge